THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUCIAN BOOKER, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RUPERT BENNETT, JR., Appellant.— Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY OF ROCHESTER, Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, Respondent, et al., Defendants.— Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST Co., Defendant, and ARLOA B. L. BAKER et al., as Executors of THOMAS R. BAKER, Deceased, et al., Respondents.— Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

GUSTAV ERBE, JR., et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY et al., Respondents. (Two motions.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

JOHN CHULICK, Appellant, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, Defendant, and NEW YORK CENTRAL RAILROAD COMPANY, Respondent. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.